IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JEFFERY HAYES**                                                   **PETITIONER**

VS.                 **CASE NO. 5:12V00158 SWW**

**RAY HOBBS, Director of the
Arkansas Department of Correction**                 **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 5th day of September 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE